# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

WILLIAM ZAJAC,

    Plaintiff,                            CASE NO.:  8:19-cv-01231-T-33JSS

-VS-

CAPITAL ONE BANK, N.A.,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, WILLIAM ZAJAC, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, WILLIAM ZAJAC, and Defendant, CAPITAL ONE BANK, N.A., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                         ***/s/ John C. Distasio, Esquire***
                                         JOHN C. DISTASIO, ESQUIRE
                                         Florida Bar No.: 096328
                                         MORGAN & MORGAN, TAMPA, P.A.
                                         One Tampa City Center
                                         201 N. Franklin Street, Suite 700
                                         Tampa, FL 33602
                                         Telephone:  (813) 223-5505
                                         Facsimile:  (813) 223-5402
                                         JDistasio@ForThePeople.com
                                         LCrouch@ForThePeople.com
                                         JSherwood@ ForThePeople.com
                                         *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 16th day of August, 2019, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

*/s/ John C. Distasio, Esquire*

JOHN C. DISTASIO, ESQUIRE
Florida Bar No.: 096328